NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LOCKHART TEXTILES, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

2020-2088

_____

Appeal from the United States Court of International Trade in No. 1:17-cv-00099-LMG, Senior Judge Leo M. Gordon.

_____

## JUDGMENT

_____

JOHN MICHAEL PETERSON, Neville Peterson LLP, New York, NY, argued for plaintiff-appellant.  Also represented by PATRICK KLEIN, RICHARD F. O'NEILL.

MARCELLA POWELL, International Trade Field Office, United States Department of Justice, New York, NY, argued for defendant-appellee.  Also represented by BRIAN M. BOYNTON, JEANNE DAVIDSON, AIMEE LEE, JUSTIN REINHART MILLER; PAULA S. SMITH, Office of the Assistant Chief

Counsel, Bureau of Customs and Border Protection, United States Department of Homeland Security, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 15, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court